IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PENSKE TRUCK LEASING CO., LP :
   Plaintiff :
   :
v. : Civil No. AMD 02-3583
   :
FIREMAN'S INS. CO., OF :
WASHINGTON, D.C., et al., :
   Defendants :

...oOo...

ORDER

Defendant's Motion to Dismiss is accompanied by an affidavit attesting that, contrary to plaintiff's allegation (and apparent good faith belief), defendant Fireman's Ins. Co. of Washington, D.C., is in fact a Pennsylvania corporation and not a Virginia corporation. Consequently, as plaintiff has its principal place of business in Pennsylvania, complete diversity is lacking in this action seeking declaratory relief in respect to insurance coverage.

Accordingly, it is this 16th day of December, 2002, by this Court Ordered

(1) That the Motion to Dismiss is GRANTED AND THIS CASE IS DISMISSED WITHOUT PREJUDICE; and it is further ORDERED

(2) That the Clerk shall CLOSE THIS CASE and TRANSMIT a copy this Order to all counsel and unserved parties.

                                              ANDRE M. DAVIS
                                              UNITED STATES DISTRICT JUDGE